409 A.2d 1363

**T. P. McGOVERN and Dorothy McGovern, his wife, Appellants,**

**v.**

**John J. SPEAR and Constance Spear, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 9, 1979.

Decided Feb. 1, 1980.

T. P. McGovern, in pro. per.

No brief for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT

PER CURIAM:

Decree of the Court of Common Pleas is affirmed. Each party to pay own costs.

MANDERINO, J., did not participate in the decision of this case.